AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Godbey, David C. | **2. Court or Organization**<br><br>Northern District of Texas | **3. Date of Report**<br><br>08/10/2016 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U. S. District Judge-Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U. S. District Judge
1100 Commerce Street Room 1504
Dallas Tx 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor 2 estates | Executorship, See Part VII. Lines 6-24 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self employed, attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMorgan Chase Bank N A | Line of credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch - Retirement (H) | E | Dividend | O | T | | | | | |
| 2. -Vanguard Institutional Index Fund | | | | | Buy (add'l) | 06/30/15 | K | | |
| 3. -Vanguard Short Term Investment Grade Fund ADM Class | | | | | Buy (add'l) | 06/30/15 | J | | |
| 4. JPMorgan Chase Bank Account | A | Interest | K | T | | | | | |
| 5. Vanguard Wellington Fund Admiral | D | Dividend | M | T | Sold (part) | 12/09/15 | M | D | |
| 6. JPMorgan Chase Bank Accounts DOD 8-16-14 (2) | A | Interest | K | T | | | | | |
| 7. JP Morgan Chase Bank Account DOD 6-18-12 | A | Interest | M | T | | | | | |
| 8. Scotttrade Brokerage #1 (H) | E | Int./Div. | | | | | | | |
| 9. - SPDR S&P 500 ETF Trust | | | M | T | Distributed (part) | 06/30/15 | L | | |
| 10. - SPDR S&PMidcap 400ETF Tr | | | M | T | Distributed (part) | 06/30/15 | L | | |
| 11. - Vanguard Int-Term Corp | | | N | T | Distributed (part) | 06/30/15 | M | | |
| 12. - Vanguard FTSE Dev Mkts | | | M | T | Distributed (part) | 06/30/15 | L | | |
| 13. - Bank deposit program (X) | | | M | T | | | | | |
| 14. Scottrade Brokerage #2 (H) (X) | D | Int./Div. | | | | | | | |
| 15. - SPDR S&P 500 ETF Trust (X) | | | L | T | Spinoff (from line 9) | 06/30/15 | L | | |
| 16. - SPDR S&PMidcap 400ETF Tr (X) | | | L | T | Spinoff (from line 10) | 06/30/15 | L | | |
| 17. - Vanguard Int-Term Corp (X) | | | M | T | Spinoff (from line 11) | 06/30/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Vanguard FTSE Dev Mkts (X) | | | L | T | Spinoff<br>(from line 12) | 06/30/15 | L | | |
| 19. - Bank deposit program (X) | | | L | T | | | | | |
| 20. Riley James Matagorda Prospect LP DOD value 6/18/12 (Y) | | | | | | | | | |
| 21. Fergus Oil & Gas LLC DOD 6/18/12 | A | Royalty | J | W | | | | | |
| 22. Harbor Resources LLC DOD 6/18/12 (Y) | | | | | | | | | |
| 23. Harbor Resources LLC DOD value 6/18/12 (Y) | | | | | | | | | |
| 24. Merrill Lynch Brokerage DOD 8-16-14 (Y) | | | | | | | | | |
| 25. Schwab Brokerage #3 (H) | D | Dividend | | | | | | | |
| 26. - Sch Adv Cash Reserve | | | J | T | | | | | |
| 27. - DFA One Year Fixed Inc Port Instl | | | L | T | | | | | |
| 28. - DFA Two Year Global Fixed Inc Port Instl | | | K | T | | | | | |
| 29. - DFA Emerging Mkts Sm Cap Port Instl | | | K | T | | | | | |
| 30. - DFA Emerging Mkts Value Port Instl | | | K | T | | | | | |
| 31. - DFA Intl Sm Cap Grwth Instl | | | K | T | | | | | |
| 32. - DFA Intl Sm Cap Value Port Instl | | | K | T | | | | | |
| 33. - DFA Real Estate Secur Port Instl | | | K | T | | | | | |
| 34. - DFA US Lg Cap Grwth Instl | | | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - DFA US Lg Cap Value Port Instl | | | J | T | | | | | |
| 36.  - DFA US Micro Cap Port Instl | | | K | T | | | | | |
| 37.  - DFAUS Sm Cap Grwth Instl | | | J | T | | | | | |
| 38.  - DFA US Sm Cap Value Port Instl | | | K | T | | | | | |
| 39.  Vanguard Inter-Term Corp Bond Ix Ad | E | Dividend | O | T | | | | | |
| 40.  Vanguard Total Stock Mkt Idx Adm | E | Dividend | P1 | T | | | | | |
| 41.  Vanguard Prime MMA (X) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 6 through 24 Respondent was Executor of rwo family member's estates. Dates of death were June 18,2012 and August 16, 2014.

Part VII, Lines 14 through 19 were added as a result of a distribution from the other estate's assets listed on lines 8 through 13.

Part VII, Line 41 was added as a result of an inheritance.

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Godbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544